UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  :  Chapter 13
 :
KATIE KELLY :
    Debtor : Bankruptcy No.: 22-10774AMC

## CONSENT ORDER

AND NOW, this _____ day of _____, 2022, in consideration of the Motion to Extend the Automatic Stay, it is

ORDERED, that in light of the debtor's three (3) prior bankruptcy filings of debtor(s), if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing any subsequent bankruptcy case, individually or jointly, for a period of 365 days, and be it further

ORDERED, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

/s/ Jack K. Miller, Esquire
_____
Jack K. Miller, Esquire for
Kenneth E. West, Esquire
Chapter 13 Standing Trustee

Paul H. Young, Esquire
Attorney for Debtor

_____
Katie Kelly
Debtor

BY THE COURT

_____
HONORABLE ASHELY M. CHAN
BANKRUPTCY JUDGE