UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                            :    Chapter 13
KATIE KELLY                                                       :
         Debtor                                      :    Bankruptcy No. 22-10774AMC

## Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW,** this _____ day of _____, 2022 upon consideration of the Motion to Dismiss filed by Kenneth E. West, Standing Trustee,

**ORDERED**, that this case is dismissed; and it is further

**ORDERED,** that any wage orders are hereby VACATED; and it is further

**ORDERED**, that in light of the Consent Order previously entered in this matter by and among the standing trustee, debtor(s) and counsel for the debtor(s), the dismissal of this case is WITH PREJUDICE, in accordance with the express terms of such CONSENT ORDER.

**BY THE COURT**

_____
**HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE**

cc:
Katie Kelly
605 Roseland Avenue
Jenkintown, PA 19046

Paul H. Young, Esquire
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd., Ste 102
Bensalem, PA 19020

Kenneth E. West, Esquire
Office of the Chapter 13 Trustee
 P.O. Box 40837
Philadelphia, PA  19107

Kevin P. Callahan, Esquire
U.S. Department of Justice
Office of the United States Trustee
Eastern District of Pennsylvania
200 Chestnut Street, Suite 502
Philadelphia, PA  19106